Argued August 22, reversed and remanded September 23, 1974

PAUL AKINS, *Petitioner, v.* OREGON STATE PENITENTIARY (No. 3337, 03-74-022), *Respondent.*

526 P2d 637

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Scott McAlister,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

PER CURIAM.

This is a companion case to *Bekins v. OSP,* 19 Or App 11, 526 P2d 629 (1974). The issues presented are identical and, for the reasons stated in *Bekins,* the result must be the same.

Reversed and remanded.